IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01706-ZLW-MEH

PHILIP BISHARA,

     Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2009.**

     Pending before the Court is Plaintiff's Motion for Summary Judgment Against Defendant Due to Untimely Response [docket #10].  Upon further review, the Court finds that Plaintiff's motion requests relief pursuant to Fed. R. Civ. P. 55(a).  Therefore, the motion is referred to the Clerk of the Court for disposition under Rule 55(a).