IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01706-ZLW-MEH

PHILIP BISHARA,

    Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2009.**

    Plaintiff's Motion for Summary Judgment Against Defendant Due to Untimely Response and Reconsideration of Clerk's Note [filed September 4, 2009; docket #17], which the Court construes as a request for reconsideration of the Clerk's judgment as to Plaintiff's request for entry of default, is **denied**.  Under Fed. R. Civ. P. 55(a), the Clerk must enter default only "when a party . . . has failed to plead or otherwise defend."  According to the Court's records, Defendant filed an Answer on July 21, 2009 [docket #5].