IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01706-ZLW-MEH

PHILIP BISHARA,

      Plaintiff,

v.

THE PHOENIX INSURANCE COMPANY,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with the Joint Stipulated Motion To Dismiss With Prejudice (Doc. No. 36; Apr. 21, 2010), it is

      ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorney's fees.

      DATED at Denver, Colorado this 21st day of April, 2010.

                    BY THE COURT:

                    *Zita Leeson Weinshienk*

                    _____
                    ZITA LEESON WEINSHIENK, Senior Judge
                    United States District Court